**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ricardo Valdez RAMIREZ,**
**Defendant–Appellant.**

**No. 13–50173**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 11, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Corby Windham, San Antonio, TX, for Defendant–Appellant.

Ricardo Valdez Ramirez, Beaumont, TX, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ricardo Valdez Ramirez has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ramirez has not filed a response. We have reviewed counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.